| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

| | § | |
|---|---|---|
| CHARLES W. ELMORE, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| *versus* | § | CIVIL ACTION NO. 1:17-CV-61 |
| | § | |
| RACHEL CHAPA, WARDEN, | § | |
| | § | |
| Respondent. | § | |

**MEMORANDUM OPINION AND ORDER**

Petitioner, Charles W. Elmore, a federal prisoner at FCI Beaumont Low, proceeding with counsel, filed this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

The court referred this matter to the Honorable Keith Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The Magistrate Judge recommends the writ of habeas corpus be denied.

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, and pleadings. Petitioner filed two motions for extensions of time to file objections which were granted by the Magistrate Judge. On March 22, 2018, petitioner sought another Agreed Motion for Extension of Time to File Objections (docket entry no. 16). Petitioner states he has written confirmation of a release date of May 23, 2018 and seeks an extension as the petition and/or objections may become moot upon his release. In the efforts to efficiently maintain and administer this Court's docket, the current motion for extension of time should be denied.

**ORDER**

Accordingly, Petitioner's Agreed Motion for Extension of Time to File Objections to the Magistrate Judge's Report and Recommendation (docket entry no. 16) is **DENIED**, without prejudice to petitioner's right to file a Motion for Reconsideration if deemed necessary. The findings of fact and conclusions of law of the Magistrate Judge are correct and the report of the Magistrate Judge is **ADOPTED**. A Final Judgment will be entered in accordance with the recommendations of the Magistrate Judge.

SIGNED at Beaumont, Texas, this 27th day of March, 2018.

*Marcia A. Crone*
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE